**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENATO ANJOS, an individual, and SELMA DOS ANJOS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-08993-JLS-AS<br><br>**JUDGMENT** |

On October 21, 2026, the Court issued its Order Granting Defendant's Motion for Summary Judgment (Doc. 45). Pursuant to the Order and Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment is entered in favor of Defendant General Motors LLC ("GM") and against Plaintiffs Renato Anjos and Selma Dos Anjos on all claims alleged in the Complaint.
2. Plaintiffs shall take nothing by way of the Complaint.
3. GM is entitled to recover its costs to the extent permissible by law pursuant to Federal Rule of Civil Procedure 54(d)(1).
4. This action is dismissed with prejudice.

DATED: October 25, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE